The People of the State of New York,
against
Keith Morris, Defendant-Appellant.




Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (James M. Burke, J.), rendered May 14, 2013, convicting him, after a jury trial, of assault in the third degree, and imposing sentence.




Per Curiam.
Judgment of conviction (James M. Burke, J.), rendered May 14, 2013, affirmed.
Defendant's claim that the evidence was legally insufficient to support his conviction is unpreserved, and we decline to review it in the interest of justice (see People v Hawkins, 11 NY3d 484, 492 [2008]). Were we to review this claim, we would find that the verdict convicting defendant of assault in the third degree (see Penal Law § 120.00[1]) was supported by legally sufficient evidence and was not against the weight of the evidence (see People v Danielson, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the jury's credibility determinations, including its rejection of defendant's version of events. The evidence warranted the conclusion that defendant was the aggressor in the altercation, which arose from a traffic dispute, and that he punched complainant in the face with a closed fist, breaking complainant's jaw (see Penal Law § 120.00[1]; Matter of Edward H., 61 AD3d 473 [2009]; Matter of Marcel F., 233 AD2d 442, 442-443 [1996]). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: September 25, 2019